**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 24, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00785-CV**

---

**NELIA CRUICKSHANK, Appellant**

**V.**

**DANIEL OGBONNA; KINGSLEY EKWOROMADU; OLIMAX GROUP INC.; OLIMAX MANUFACTURING, LLC; AND ROYAL BRAVE INC., Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-64885**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed November 16, 2020 entering a temporary injunction. On June 16, 2021, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.